IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., | § § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO. 2:17-CV-00470-JRG** |
| v. | § § | **LEAD CASE** |
| APPLE INC., | § § § | |
| Defendant. | § | |

## ORDER

This case has been consolidated with a series of related cases. Before the Court in each case is a Motion to Change Venue under § 1404(a) brought by Defendant Apple, Inc. ("Apple") seeking transfer to the Northern District of California. (Case No. 2:17-cv-470, Dkt. No. 38; Case No. 2:17-cv-00454-JRG, Dkt. No. 28; 2:17-cv-00455-JRG, Dkt. No. 29; 2:17-cv-00457-JRG, Dkt. No. 29; 2:17-cv-00469-JRG, Dkt. No. 26; 2:17-cv-00522-JRG, Dkt. No. 24; 2:17-cv-00534-JRG, Dkt. No. 24; 2:17-cv-00535-JRG, Dkt. No. 24; 2:17-cv-00571-JRG, Dkt. No. 24) (collectively, "the Motions").

On October 27, 2017, the Court held a hearing on the Motions in this case, its member cases, and another series of related cases involving the same parties and related issues. (Case No. 2:17-cv-470, Dkt. No. 59.)

Having now considered the Parties' arguments and each of the applicable public and private factors related to transfer pursuant to 28 U.S.C. § 1404(a), *see In re Volkswagen AG*, 371 F.3d 201, 203 (5th Cir. 2004), and for many of the same reasons set forth in *Uniloc USA, Inc. et al. v. Apple, Inc.*, 2:17-cv-258-JRG, Dkt. No. 104 (E.D. Tex. December 22, 2017), the Court finds that, on balance, such factors weigh in favor of transfer with respect to each of the Motions.

2

Accordingly, Defendant's Motions are hereby **GRANTED**.  It is therefore **ORDERED** that this case, and each respective member case, shall be and are transferred to the Northern District of California.  The Clerk of the Court shall forthwith take such steps as are needed to effectuate such transfer.

**So ORDERED and SIGNED this 22nd day of December, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE